**98–32. State ex rel. Wynn v. McFaul.**

Cuyahoga App. No. 73127. This cause is pending before the court as an appeal from the Court of Appeals for Cuyahoga County. It appears from the records of this court that appellant has not filed a merit brief, due March 9, 1998, in compliance with the Rules of Practice of the Supreme Court and therefore has failed to prosecute this cause with the requisite diligence. Upon consideration thereof,

IT IS ORDERED by the court that this cause be, and hereby is, dismissed *sua sponte.*

*Thursday, March 19, 1998*

## MOTION DOCKET

**96–2641. In re Hitchcock.**

Cuyahoga App. Nos. 69291 and 69292. This cause came on for further consideration upon appellant's motion for emergency stay of proceedings. Upon consideration thereof,

IT IS ORDERED by the court that the motion for emergency stay of proceedings be, and hereby is, denied.

RESNICK J., dissents.

## DISCIPLINARY DOCKET

**97–1753. Disciplinary Counsel v. Zingarelli.**

Upon consideration of respondent's motion to expedite consideration of motion for stay,

IT IS ORDERED by the court that the motion to expedite consideration of motion for stay be, and hereby is, granted.

MOYER, C.J., COOK and LUNDBERG STRATTON, JJ., dissent.